UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § § | |
| v. | § § § § § | CASE NO. W-18-CR-00330-ADA |
| **ANTIONIO MAURICE GARDNER,** | § § § § § | |

ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 143. The report recommends Defendant's Motion to Suppress (ECF No. 119) be **DENIED**. The report and recommendation was filed on June 4, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Defendant filed objections on June 12, 2024. ECF No. 144. The Government responded to Defendant's objections on June 21, 2024. The Court has conducted a *de novo* review of the motion to suppress, the responses, the report and recommendation, the objection to the report and recommendation, the Government's response to those objections, and the applicable laws. After

that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske., ECF No. 143, is **ADOPTED**.

**IT IS FURTHER** the Defendant's Motion to Suppress (ECF No. 119) is hereby **DENIED.**

**SIGNED** this 20th day of August, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**