# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:18-CR-00330(1)-ADA |
| | § § | |
| (1) ANTONIO MAURICE GARDNER | § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 30, 2025, wherein the defendant (1) ANTONIO MAURICE GARDNER waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ANTONIO MAURICE GARDNER to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant (1) ANTONIO MAURICE GARDNER's plea of guilty to Count One (1) is accepted.

     Signed this 15th day of May, 2025.

                                                                             ALAN D ALBRIGHT
                                                                             UNITED STATES DISTRICT JUDGE